NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT



DEWEY TYLER,                                    )
                                               )
        Appellant,                         )
                                               )
v.                                             )      Case No. 2D17-480
                                               )
US BANK NATIONAL ASSOCIATION,                  )
ATF Structured Asset Investment Loan           )
Trust Mortgage Pass Through Certificates       )
Series 2005-9,                                 )
                                               )
        Appellee.                          )
_____)

Opinion filed April 6, 2018.

Appeal from the Circuit Court for Lee
County; James H. Seals, Senior Judge.

Dewey Tyler, pro se.

Ada Agusti Hammond, Sara F. Holladay-
Tobias, and Emily Y. Rottmann of
McGuireWoods LLP, Jacksonville, for
Appellee.


PER CURIAM.


      Affirmed.  See Fla. R. App. P. 9.315(a).


NORTHCUTT, CASANUEVA, and ROTHSTEIN-YOUAKIM, JJ., Concur.